EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Medidas Judiciales para atender emergencias causadas por el Huracán Omar | 2008 TSPR 167 <br><br> 175 DPR _____ |

Número del Caso: EM-2008-4

Fecha: 15 de octubre de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Judiciales para
atender emergencias causadas
por el Huracán Omar                    Núm. EM-2008-4

RESOLUCIÓN

San Juan, Puerto Rico, a 15 de octubre de 2008.

Hoy miércoles 15 de octubre de 2008, el Servicio Nacional de Meteorología emitió una advertencia de tormenta tropical para la isla de Puerto Rico y una advertencia de huracán para Vieques y Culebra ante la inminencia del paso del huracán Omar. En vista de la situación climatológica y el riesgo a la vida que pudiera representar este huracán, el Juez Presidente del Tribunal Supremo, Hon. Federico Hernández Denton, concede la tarde de hoy 15 de octubre de 2008 y mañana jueves 16 de octubre de 2008, libre a los empleados de la Rama Judicial con cargo a la licencia por desastre natural y decreta la suspensión de los trabajos en las Salas de los Tribunales.

Las Secretarías de los Centros Judiciales, del Tribunal de Apelaciones y del Tribunal Supremo, permanecerán abiertas hoy 15 de octubre de 2008 hasta las 5:00 p.m. Las Salas de Investigaciones de los Centros Judiciales de San Juan y Bayamón permanecerán abiertas hasta las 8:00 p.m. de hoy. El Consorcio del Noreste, que ubica en Río Grande y cubre las Regiones Judiciales de Carolina, Fajardo y Humacao permanecerá cerrado. No obstante, los Jueces y

las Juezas de turno permanecerán activos para atender cualquier eventualidad.

Debido a que todos los Tribunales y dependencias de la Rama Judicial estarán cerradas mañana 16 de octubre de 2008 y al amparo de nuestra facultad de reglamentar los procedimientos y trámites judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los Arts. 388 y 389 del Código Político de 1902, 1 LPRA sec. 72 y 73, por lo que se considerará el 16 de octubre de 2008 como si fuera un día feriado. Cualquier término a vencer ese día se extenderá hasta el próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo